UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARTIN MARIETTA MATERIALS SOUTHWEST, LLC** | **CIVIL ACTION NO. _____** |
| **VERSUS** | **JUDGE _____** |
| **3-B TRUCKING, LLC** | **MAGISTRATE JUDGE _____** |

**VERIFIED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Martin Marietta Materials Southwest, LLC who sets forth its complaint against 3-B Trucking, LLC by respectfully representing the following facts:

**PARTIES**

1.

Plaintiff, Martin Marietta Materials Southwest, LLC ("Martin Marietta") is a Texas limited liability company.

2.

Defendant, 3-B Trucking, LLC ("3-B Trucking") is a Louisiana limited liability company domiciled in Avoyelles Parish.

## JURISDICTION

3.

This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332, *et seq*. because the citizenship of plaintiff and defendant is diverse and the amount in controversy exceeds $75,000, exclusive of court costs and attorney fees.

## VENUE

4.

Venue is proper in this Court pursuant to 28 U.S. C. § 1391(b)(1) and (2) as it is the judicial district in which defendant resides and a substantial part of the events or omissions giving rise to this action occurred.

## FACTS

5.

In April 2016, Martin Marietta inadvertently issued two checks to 3-B Trucking totaling $113,237.31. Copies of the referenced checks are attached hereto as **Exhibit A**. The checks were issued to 3-B Trucking as a result of a clerical error.

6.

3-B Trucking did not perform any services for Martin Marietta that justify 3-B Trucking accepting and depositing these checks. Further, 3-B Trucking had no basis to believe that it was entitled to the monies it received from Martin Marietta and deposited into its bank account.

7.

To date, 3-B Trucking has ignored Martin Marietta's request to return the $113,237.31 that it wrongfully deposited into its bank account and remains in wrongful possession of Martin Marietta's funds.

8.

By letter dated March 7, 2017, Martin Marietta, through its counsel, communicated with 3-B Trucking about its lack of entitlement to the $113,237.31 and demanded return of the funds on or before March 24, 2017. A copy of the demand letter is attached hereto as **Exhibit B**.

9.

The $113,237.31 is now and has always been owned by Martin Marietta. At no time has 3-B Trucking had any rightful ownership interest in these funds.

10.

Nevertheless, 3-B Trucking has wrongfully and illegitimately held and/or used Martin Marietta's funds which were issued to 3-B Trucking as a result of a clerical error.

11.

Martin Marietta is entitled to a judgment recognizing its ownership of the $113,237.31 that Martin Marietta issued to 3-B Trucking in error. Pursuant to La. C.C. art. 2299, 3-B Trucking received a payment not owed and is bound to restore the payment to Martin Marietta.

12.

Additionally, Martin Marietta is entitled to a judgment that 3-B Trucking converted the funds by its exercise of a wrongful act of dominion over Martin Marietta's money and holding 3-

B Trucking liable to Martin Marietta in the amount of $113,237.31 plus interest, attorneys' fees and costs and any other damage.

13.

Alternatively, Martin Marietta is entitled to a judgment against 3-B Trucking by reason of its unjust enrichment in the amount of $113,237.31, plus interest and attorneys' fees and costs and any other damage.

**WHEREFORE**, Martin Marietta Materials Southwest, Inc. prays as follows:

(1)   That 3-B Trucking, LLC be cited and served with a copy of this Petition;

(2)   That after due proceedings are held, the Court issue a judgment in its favor and against 3-B Trucking, LLC recognizing Martin Marietta's ownership of the assets in 3-B Trucking, LLC's bank account up to $113,237.31 plus interest and their attorneys' fees and costs and any and all other relief that they are entitled to receive in law or in equity; and

(3)   For all general and equitable relief appropriate under the circumstances.

        Respectfully submitted,

        **PHELPS DUNBAR LLP**

BY:   /s/ Amanda W. Messa
        Kelsey Kornick Funes (Bar Roll No. 25133)
        Amanda W. Messa (Bar Roll No. 30108)
        II City Plaza
        400 Convention Street • Suite 1100
        Baton Rouge, Louisiana 70802-5618
        P.O. Box 4412
        Baton Rouge, Louisiana 70821-4412
        Telephone: (225) 346-0285
        Facsimile: (225) 381-9197
        Email: funesk@phelps.com

**ATTORNEYS FOR MARTIN MARIETTA MATERIALS SOUTHWEST, LLC**