U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 26 2017

TONY R. MOORE, CLERK
BY: _____ MB _____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARTIN MARIETTA MATERIALS SOUTHWEST, LLC | CIV. ACT. NO. 17-505 |
| -vs- | JUDGE DRELL |
| 3-B TRUCKING, LLC | MAG. JUDGE PEREZ-MONTES |

## O R D E R

Federal courts are courts of limited jurisdiction, obligated to examine the basis for any exercise of their subject-matter jurisdiction. In re FEMA Trailer Formaldehyde Products Liability Litigation (Mississippi Plaintiffs), 668 F.3d 281 (5th Cir. 2012); Howery v. Allstate Ins. Co., 243 F.3d 912, 916 (5th Cir. 2001). Federal courts are "duty-bound to examine the basis of subject-matter jurisdiction sua sponte." Union Planters Bank National Association v. Salih, 369 F.3d 457, 460 (5th Cir. 2004).

Where a district court's subject-matter jurisdiction is premised upon diversity of citizenship, complete diversity is required. Caterpillar, Inc. v. Lewis, 519 U.S. 61 (1996). For purposes of diversity jurisdiction analysis, the citizenship of a limited liability company ("LLC") is determined according to the citizenship of all of its members. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008).

The complaint filed in this civil action (Doc. 1) alleges diversity of citizenship as the jurisdictional premise. The burden of proving citizenship lies with the party invoking diversity jurisdiction. Getty Oil Corp., Div. of Texaco, Inc. v. Ins. Co. of North. America, 841 F.2d 1254, 1259 (5th Cir. 1988). In order that the court may satisfy its obligation to assure itself of a sound basis for subject matter jurisdiction in this case, it is hereby

1

**ORDERED** that **MARTIN MARIETTA MATERIALS SOUTHWEST, LLC** will file evidence into the record specifying the citizenship of both parties within **TWENTY-ONE (21) DAYS** of the issuance of this order.

**THUS DONE AND SIGNED** at Alexandria, Louisiana this 26th day of April, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE